**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 10-6009**

───────────

RAYMON I. DOBBINS,

            Petitioner – Appellant,

      v.

KUMA DEBOO, Warden,

            Respondent – Appellee.

───────────

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:09-cv-00064-REM)

───────────

Submitted: January 20, 2011          Decided: February 15, 2011

───────────

Before WILKINSON and KEENAN, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Raymon I. Dobbins, Appellant Pro Se.  Alan McGonigal, Assistant
United States Attorney, Wheeling, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymon I. Dobbins, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dobbins v. Deboo, No. 2:09-cv-00064-REM (N.D. W. Va. Oct. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED